Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANAKKA HARTWELL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>　　　　　　　　　Defendant. | No. 2:21-cv-00575-JHC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Anakka Hartwell and Defendant Liberty Insurance Corporation, by and through their attorneys of record, hereby stipulate and agree to the dismissal of this case with prejudice and without fees or costs awarded against any party.

//

//

//

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
(2:21-cv-00575-JHC) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  DATED this 20th day of December, 2022.

**KELLER ROHRBACK L.L.P.**   **FORSBERG AND UMLAUF**

By: *s/ Irene M. Hecht*
By: *s/ Gabriel E. Verdugo*
   Irene M. Hecht, WSBA #11063
   Gabriel E. Verdugo, WSBA #44154
   1201 Third Avenue, Ste. 3200
   Seattle, WA 98101-3052
   Phone: 206 623-1900
   Email: ihecht@kellerrohrback.com
   Email: gverdugo@kellerrohrback.com

By: *s/ Matthew S. Adams*
By: *s/ Jennifer E. Aragon*
   Matthew S. Adams, WSBA #18820
   Jennifer E. Aragon, WSBA #40665
   901 5th Avenue, Suite 1400
   Seattle, WA 98101
   Phone: (206) 689-8500
   Email: madams@foum.law
   Email: jaragon@foum.law

***Attorneys for Defendant Liberty Mutual Group, Inc.***

**TAPPER LAW FIRM**

By: *s/ Clinton L. Tapper*
   Clinton L. Tapper, WSBA #49718
   474 Williamette St., Ste. 306
   Eugene, OR 97401
   Phone: 458-201-7828
   Email: clinton@tapper-law.com

***Attorneys for Plaintiff***

STIPULATION AND ORDER FOR DISMISSAL
(2:21-cv-00575-JHC) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and without fees or costs.

DATED this 20th day of December, 2022.

_____
John H. Chun
United States District Judge

Presented by:

**KELLER ROHRBACK L.L.P.**


By: *s/ Irene M. Hecht*
By: *s/ Gabriel E. Verdugo*
Irene M. Hecht, WSBA #11063
Gabriel E. Verdugo, WSBA #44154
1201 Third Avenue, Ste. 3200
Seattle, WA 98101-3052
Phone: 206 623-1900
Email: ihecht@kellerrohrback.com
Email: gverdugo@kellerrohrback.com

**TAPPER LAW FIRM**


By: *s/ Clinton L. Tapper*
Clinton L. Tapper, WSBA #49718
474 Williamette St., Ste. 306
Eugene, OR 97401
Phone: 458-201-7828
Email: clinton@tapper-law.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER FOR DISMISSAL
(2:21-cv-00575-JHC) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384